IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER MILNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No.: 2-18-cv-700-ECM |
| | ) |
| CHAMBLESS, MATH & CARR, P.C., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation for dismissal (doc. 29), filed on March 8, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of Court is DIRECTED to close this case.

DONE this 12th day of March, 2019.

　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE